SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
REGIS CORPORATION, SUPERCUTS
CORPORATE SHOPS, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>REGIS CORP. dba MINNESOTA REGIS CORP., SUPERCUTS CORPORATE SHOPS, INC., a wholly owned subsidiary of REGIS CORP.<br><br>Defendants. | Case No. CV 10 4412 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO SUBMIT ADR PROCESS DEADLINE AND INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 6-2, Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendants Regis Corp. and Supercuts Corporate Shops, Inc. (collectively "the Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its First Amended Complaint on October 27, 2010 and Defendants timely answered on December 20, 2010;

WHEREAS, Defendants filed a Notice Of Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Court Judge on December 20, 2010;

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO SUBMIT ADR PROCESS DEADLINE AND INITIAL DISCLOSURES/Case No. CV 10 4412 RS

WHEREAS, this matter was reassigned to Judge Richard Seeborg on December 21, 2010;

WHEREAS, December 21, 2010 was the initial deadline for the Parties to: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection and the Parties' discovery plan, (2) file an ADR Certification signed by the Parties and Counsel, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference;

WHEREAS, the initial deadline for the Parties to submit their Initial Disclosures is January 4, 2011;

WHEREAS, the Parties have met and conferred, and have agreed to extend the deadline for the Parties to: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection and the Parties' discovery plan, (2) file an ADR Certification signed by the Parties and Counsel, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference until January 13, 2011;

WHEREAS, the Parties have met and conferred, and have agreed to extend the deadline for the Parties to submit their respective Initial Disclosures until January 27, 2011;

**NOW THEREFORE**, pursuant to Local Rule 6-2, the Parties STIPULATE and agree as follows:

(1)  The Parties shall: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection and the Parties' discovery plan, (2) file an ADR Certification signed by the Parties and Counsel, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference on or before January 13, 2011; and

(2)  The Parties shall submit their Initial Disclosures on or before January 27, 2011.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO SUBMIT ADR PROCESS DEADLINE AND INITIAL DISCLOSURES/Case No. CV 10 4412 RS

| | | |
|---|---|---|
| 1 | DATED: December 22, 2010 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By  /s/ Ari Hersher |
| | | Ari Hersher |
| 4 | | Attorneys for Defendants |
| | | REGIS CORPORATION, and SUPERCUTS |
| 5 | | CORPORATE SHOPS, INC. |
| 6 | DATED: December 22, 2010 | |
| 7 | | |
| 8 | | By  /s/Marcia L. Mitchell |
| | | Marcia L. Mitchell |
| 9 | | Attorney for Plaintiff |
| | | EQUAL EMPLOYMENT OPPORTUNITY |
| | | COMMISSION |

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO SUBMIT ADR PROCESS DEADLINE AND INITIAL DISCLOSURES/Case No. CV 10 4412 RS

## [PROPOSED] ORDER

Having reviewed the Stipulation of the Parties and their attorneys of record, and Good Cause appearing therefor:

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation:

(1) The Parties shall: (1) meet and confer regarding initial disclosures, early settlement, ADR process selection and the Parties' discovery plan, (2) file an ADR Certification signed by the Parties and Counsel, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference on or before January 13, 2011; and

(2) The Parties shall submit their Initial Disclosures on or before January 27, 2011

**IT IS SO ORDERED**

DATED: 12/23/10

_____
UNITED STATES DISTRICT COURT JUDGE

13003498v.1

13003498v.1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO SUBMIT ADR PROCESS DEADLINE AND INITIAL DISCLOSURES/Case No. CV 10 4412 RS