*E-Filed 1/10/11*

1

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com

2

Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, 31st Floor

3

San Francisco, California  94105
Telephone:  (415) 397-2823

4

Facsimile:  (415) 397-8549

5

Attorneys for Defendants
REGIS CORPORATION, SUPERCUTS

6

CORPORATE SHOPS, INC.

7

8

UNITED STATES DISTRICT COURT

9

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

**Case No. CV 10 4412 RS**

11

**JOINT STIPULATION AND**

Plaintiff,

**[PROPOSED] ORDER TO DISMISS**

12

**REGIS CORP. AS A DEFENDANT**

13

14

REGIS CORP. dba MINNESOTA REGIS
CORP., SUPERCUTS CORPORATE SHOPS,
INC., a wholly owned subsidiary of REGIS

15

CORP.

16

Defendants.

17

18

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 6-2, Plaintiff

19

Equal Employment Opportunity Commission (EEOC) and Defendants Regis Corporation dba

20

Minnesota Regis Corporation and Supercuts Corporate Shops, Inc. (collectively "the Parties"),

21

hereby stipulate and agree as follows:

22

WHEREAS, Plaintiff filed its First Amended Complaint on October 27, 2010, asserting

23

causes of action against Defendants Regis Corporation dba Minnesota Regis Corporation and

24

Supercuts Corporate Shops, Inc.

25

WHEREAS, the Parties have met and conferred and Plaintiff has agreed to dismiss

26

Defendant Regis Corporation dba Minnesota Regis Corporation from the above-entitled matter.

27

28

1   WHEREAS, the Parties have further agreed that the Parties shall bear their own costs and

2   attorneys' fees in connection with the dismissal of Defendant Regis Corporation dba Minnesota

3   Regis Corporation

4   **NOW THEREFORE**, pursuant to Local Rule 6-2, the Parties STIPULATE and agree as

5   follows:

6   (1)   Defendant Regis Corporation dba Minnesota Regis Corporation shall be

7   dismissed from the above-entitled matter; and

8   (2)   The Parties shall bear their own costs and attorneys' fees in connection with the

9   dismissal of Defendant Regis Corporation dba Minnesota Regis Corporation

10   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

11   DATED:  January 3, 2010                    SEYFARTH SHAW LLP

12

13                                             By___/s/ Ari Hersher_____
                                                    Ari Hersher
                                              Attorneys for Defendants
14                                            REGIS CORPORATION, and SUPERCUTS
                                              CORPORATE SHOPS, INC.
15

16   DATED:  January 3, 2010

17

18                                             By___/s/Marcia L. Mitchell_____
                                                    Marcia L. Mitchell
                                              Attorney for Plaintiff
19                                            EQUAL EMPLOYMENT OPPORTUNITY
                                              COMMISSION
20

21

22

23

24

25

26

27

28

2

1

2 <center>**[PROPOSED] ORDER**</center>

3    Having reviewed the Stipulation of the Parties and their attorneys of record, and Good

4 Cause appearing therefor:

5    **IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation:

6    (1)    Defendant Regis Corporation dba Minnesota Regis Corporation shall be

7 dismissed from the above-entitled matter; and

8    (2)    The Parties shall bear their own costs and attorneys' fees in connection with the

9 dismissal of Regis Corporation dba Minnesota Regis Corporation

10    **IT IS SO ORDERED**

11

12

13 DATED: 1/10/11 _____    _____

                                          UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<center>3</center>