*E-Filed 3/10/11*

1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
2  Ari Hersher (SBN 260321) ahersher@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California  94105
   Telephone:  (415) 397-2823
4  Facsimile:  (415) 397-8549

5  Attorneys for Defendants
   SUPERCUTS CORPORATE SHOPS, INC.
6
   WILLIAM R. TAMAYO, SBN 084965
7  JONATHAN T. PECK, #12303 (VA)
   MARCIA L. MITCHELL #18122 (WA) Marcia.Mitchell@eeoc.gov
8  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
9  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
10 Telephone No. (415) 625-5651
   Fax No. (415) 625-5657
11
   Attorneys for Plaintiff
12 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

13
                    UNITED STATES DISTRICT COURT
14
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 EQUAL EMPLOYMENT OPPORTUNITY       ) Case No. CV 10 4412 RS
   COMMISSION,                         )
17                                     ) **JOINT STIPULATION AND
            Plaintiff,                 ) [PROPOSED] ORDER TO EXTEND
18                                     ) ADR DEADLINE**
                                       )
19 REGIS CORP. dba MINNESOTA REGIS     )
   CORP., SUPERCUTS CORPORATE SHOPS,   )
20 INC., a wholly owned subsidiary of REGIS )
   CORP.                               )
21                                     )
            Defendants.                )
22 _____)

23
         Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rules 6-2 and 7-12,
24
   Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Supercuts
25
   Corporate Shops, Inc. (collectively "the Parties"), hereby stipulate and agree as follows:
26
   / / /
27
   / / /
28

                                               1

1  WHEREAS, the Parties appeared for a Case Management Conference on February 3, 2011, before Judge Richard Seeborg;

WHEREAS, the Court referred the above-captioned case to an Early Neutral Evaluator, and further ordered that the Early Neutral Evaluation ("ENE") occur on or before May 4, 2011;

WHEREAS, Kathryn Burkett Dickson ("Ms. Dickson") was appointed as the Early Neutral Evaluator;

WHEREAS, the Parties participated in a telephone conference with Ms. Dickson on March 7, 2011, and agreed that additional discovery was needed in order to maximize the value of the ENE;

WHEREAS, Ms. Dickson agreed that additional discovery was needed prior to the ENE;

WHEREAS, the Parties and Ms. Dickson agreed to schedule the ENE for June 22, 2011 at 9:30 am, and all Parties have confirmed their availability for that date;

WHEREAS, the Parties believe that an extension of the ADR deadline will maximize the chances of early resolution of this matter;

WHEREAS, the Parties have not previously requested an extension of the ADR deadline and do not believe this extension will materially alter the schedule for this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the deadline to complete ADR, currently set for May 4, 2011, shall be continued by 60 days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1 | DATED:  March 9, 2011               SEYFARTH SHAW LLP

2

3                                       By   /s/ Ari Hersher
                                              Ari Hersher
                                        Attorneys for Defendants
4                                       REGIS CORPORATION, and SUPERCUTS
                                        CORPORATE SHOPS, INC.
5

6 | DATED:  March 9, 2011

7

                                        By   /s/ Marcia L. Mitchell
8                                             Marcia L. Mitchell
                                        Attorney for Plaintiff
9                                       EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The deadline to complete ADR, currently set for May 4, 2011, shall be continued by 60 days.

**IT IS SO ORDERED.**

DATED: 3/10/11

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE