***E-Filed 6/28/11 ***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Equal Employment Opportunity Commission,

        Plaintiffs,

v.

Supercuts Corporate Shops, Inc.,

        Defendants.
_____/

No. C 10-04412 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 30, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 6/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE