WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
MARCIA L. MITCHELL #18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone No. (415) 397-2823
Fax No. (415) 397-8549

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br>     v.<br><br>REGIS CORP. dba MINNESOTA REGIS CORP., SUPERCUTS CORPORATE SHOPS, INC., a wholly owned subsidiary of REGIS CORP.<br><br>           Defendants. | Case No. 3:10-cv-04412 RS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND SHOW CAUSE HEARING<br><br>Hearing Date: September 8, 2011, 1:30 p.m. |

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and SUPERCUTS CORPORATE SHOPS, INC. ("Defendant") (collectively "the Parties"), through their respective undersigned counsel, as follows:

1.      The Parties participated in court-ordered ADR on June 22, 2011, and reached a tentative settlement agreement.  On June 28, 2011, the Court issued a Standby Order to Show Cause requiring the Parties to file a stipulation of dismissal by August 23, 2011, or appear on September 8, 2011, to show cause why the case should not be dismissed. [Docket No. 27].

2.      The Parties have been working to incorporate the terms of the settlement into a Consent Decree and also have been drafting a Release of Claims for the complainant in this case.

3.      Negotiations regarding the Consent Decree and Release of Claims were delayed because attorneys for both Parties had extended periods of absence from the office during which they were unavailable to work toward finalization of the settlement.

4.      The Parties continue to negotiate in good faith, and are very close to a negotiated resolution, but need additional time to finalize the Consent Decree and Release of Claims.

5.      Based on the foregoing, the Parties request a continuance until September 13, 2011, to file a Consent Decree and a continuance until September 22, 2011, of the show cause hearing.


DATED: August 30, 2011          BY:   //s// Marcia L. Mitchell

                                MARCIA L. MITCHELL
                                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                Attorney for Plaintiff EEOC

DATED: August 30, 2011          BY:   //s// Ari Hersher
                                ARI HERSHER
                                SEYFARTH SHAW LLP
                                Attorney for Defendant Supercuts Corporate Shops, Inc.


        E-filing concurrence:  I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of attorneys for defendant Supercuts Corporate Shops, Inc., for the filing of the instant pleading.

DATED: August 30, 2011          BY:   //s// Marcia L. Mitchell

                                MARCIA L. MITCHELL
                                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                Attorney for Plaintiff EEOC

1

**<u>ORDER</u>**

2

IT IS SO ORDERED.

3

DATED:___8/31_____, 2011        THE HONORABLE RICHARD SEEBORG

4

5

By:_____

6

UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSE~~D ORDER TO         3.
CONTINUE DEADLINES
Case No. 3:10-cv-04412 RS